# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**GERTHA  D. WHITE,**

               **Plaintiff,**

                                     **JUDGMENT IN A CIVIL CASE**

**vs.**

                                     **CASE NO.  C2-07-216**

**HONDA OF AMERICA MFG., INC.,**           **JUDGE EDMUND A. SARGUS, JR.**
                                     **MAGISTRATE JUDGE TERENCE P. KEMP**

               **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the Opinion and Order filed September 30, 2009, JUDGMENT is hereby entered in favor of Defendant.  This case is DISMISSED.**

Date: September 30, 2009                 JAMES BONINI, CLERK

                                   */S/ Andy F. Quisumbing*
                                   (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk